11-20-0015

Re;MURPHY, THOMAS LAMONT
GGA No.WR-35,660-03
Trial Court Case No.W93-40746-N(G)

Dear Honorable Clerk please find inside a (Motion for REBUTTAL TO THE TRIAL COURTS FINDINGS OF FACT AND CONCLUSIONS OF LAW)

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 30 2015

Abel Acosta. Clerk

SINCERELY,
Thomas Lamont Murphy
#644742

11-20-0015

| | | |
|---|---|---|
| EX PARTE, | § | IN THE 195th Judicial |
| | § | District Court of |
| THOMAS LAMONT MURPHY | § | Dallas County ,Texas |
| | § | |

---

## Petitioner's Rebuttal To The Trial Court's Findings Of
## Fact And Conclusions Of Law

---

To The Honorable Court of Criminal Appeals.

Come now Ex parte Thomas Lamont Murphy,Petitioner TDCJ-ID#644742,and submits his objections to the Trial Court's Findings of Fact and Conclusions of Law. The Petitioner would also like to state this is a Supplemented Motion as well.

### Pro Se Status

A Pro Se complaint is held to less stringent standards than formal papers drafted by Lawyers. Haines v Kerner 404 u.s. 519. At bar Petitioner is filing pro se, as a Layman at Law, and as such the Petitioner requesting relief must be construed liberally despite formal imperfections, Roldan v,Racette,984 F.2d 85.

### Supplemented Motion

---

This Motion is to Supplement prior Motion of Petitioner's rebuttal to the State's Respone dated October 13, 2015 to this said Court.

### Petitioner's Objection

(1) The Trial Court has inter a Jim Hammond affidavit as the findings of facts most important subject. Mr Jim Hammond is a Investigator for the Court and in his affidavit he said's that Mr Walton denied all knowlege of the affidavit the Petitioner has with Mr Walton signature on it.Now the Court motion that Mr Jim Hammond is trustworthy and that may by true but in the court of law trustworthy anit good anuffe when a mans live is on the line. A affidavit from Mr Roco Walton stating his denial of the said affidavit that the Petitioner has place'd in with his 1107 Application. Not just the word of a investigator for the state.

(1)

## Unresolved Facts

The Petitioner is a innocent man being held illegally by the State of Texas. Petitioner hope this Honorable Court accept his claims and grant him all relief deemed appropiate. Evon with him having to Navigate Critical stage of the proceeding against him without the Aid of an Attorney.Dedicated to the protection of his clients rights under our adversarial system of justice' U.S. VS Swanson,943 P2d 1070,1075(9th Cic,1991). Every provision relating to the writ of habeas corpus shall be mos favorablely construed in order to give effect to the remedy an protect the rights of the person seeking relief under it. C.C.P ART. 11.04

## Unsworn Declaration

-1I, THOMAS LAMONT MURPHY TDCJ-ID#644742, Presently incarcerated in the Texas Department of Criminal Justice Mark W, Stiles unit Declare under the penalty of perjury that the above and foregoing is true an correct.

RESPECTFULLY SUBMITTED

Thomas L Murphy #644742 11-25-2015

Executed on ____20____ Day of __Nov__ 2015.

## Prayer

Petitioner prays that this Honorable Court of Criminal Appeals sustains his objections and that unresolved facts be resolved.

## Certificate of Service

I, hereby certify that on the above date a true and correct copy of Petitioner's Rebuttal to the Trial Courts Findings of Facts and Conclusion of Law was mailed through the United States post office to Gray Fitzsimmons (Dallas County District Clerk), AND Susan Hawk (Dallas County District Attorney) in Dallas County texas. and also to the Clerk of Criminal Appeals of Texas. On 11-20-2015

_Thomas Lamont Mosly_ # 1814174 11-20-0915

C/s,w
C/dis,clerk
C/criminal appeals.